United States District Court
Southern District of Texas

**ENTERED**

June 02, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| STEPHEN MEDEIROS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:25-cv-347 |
| | § | |
| JEWELERS MUTUAL INSURANCE COMPANY, SI, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On May 13, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 15. Judge Edison filed a memorandum and recommendation on May 15, 2026, recommending that the defendant's motion to dismiss (Dkt. 9) be denied. Dkt. 16.

On May 29, 2026, the defendant filed its objections to the memorandum and recommendation. Dkt. 17. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's

memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)    Judge Edison's memorandum and recommendation, Dkt. 16, is approved and adopted in its entirety as the holding of the court; and

(2)    The defendant's motion to dismiss, Dkt. 11, is denied.

SIGNED on Galveston Island this 2nd day of June 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2